Case 2:26-cv-00618-MEF Document 12 Filed 02/02/26 Page 1 of 1 PageID: 48



**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Margaret.ann.mahoney@usdoj.gov*

*direct: (973) 645-2761*
*fax: (973) 297-2010*

February 2, 2026

**BY ECF**
Honorable Michael E. Farbiarz, U.S.D.J
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 0710

**Re: *Daboin v Soto*, No. 26-00618 (MEF)**
**Request for *Nunc Pro Tunc* Extension**

Dear Judge Farbiarz:

This Office represents Respondents in this habeas matter. We write to respectfully request a 45-minute extension of time to respond to Your Honor's January 29, 2026, Text Order, *nunc pro tunc*, from 10:00 am to 10:45 am, on February 2, 2026. We apologize to the Court and Petitioner for our late filing of this morning's submission, which resulted from my miscalendering of the deadline.

We thank the Court for its continued attention to this matter.

This happens. Candor is a key part of professionalism, and I appreciate yours. —MEF 2/6/26

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff &
Associate Deputy Attorney General
Special Attorney

By: *s/ Margaret Ann Mahoney*
MARGARET ANN MAHONEY
Assistant United States Attorney
*Attorneys for Respondents*

**SO ORDERED.**
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: 2/6/26

cc: Counsel of record (by ECF)